UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

LIZA ROSALEZ,

        Plaintiff,

v.

SSR CONSULTANTS INC. D/B/A
UROLOGY CENTER OF EXCELLENCE
OF SOUTH FLORIDA D/B/A
INTERNATIONAL ROBOTIC
PROSTATECTOMY INSTITUTE,
SANJAY RAZDAN,

        Defendants.
_____/

**COMPLAINT**
*{Jury Trial Demanded}*

    Plaintiff, LIZA ROSALEZ, brings this action against Defendants, SSR CONSULTANTS INC. D/B/A UROLOGY CENTER OF EXCELLENCE OF SOUTH FLORIDA D/B/A INTERNATIONAL ROBOTIC PROSTATECTOMY INSTITUTE and SANJAY RAZDAN, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1.    Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.    At all times material hereto, Plaintiff LIZA ROSALEZ was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3.    At all times material hereto, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through interstate communications.

4.    At all times material hereto, Defendant, SSR CONSULTANTS INC. D/B/A UROLOGY CENTER OF EXCELLENCE OF SOUTH FLORIDA D/B/A INTERNATIONAL ROBOTIC PROSTATECTOMY INSTITUTE, was a Florida corporation with its principal place of business

1

in South Florida, engaged in commerce in the field of urology medical services, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5.     Defendant, SANJAY RAZDAN, is a resident of Miami-Dade County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, SSR CONSULTANTS INC. D/B/A UROLOGY CENTER OF EXCELLENCE OF SOUTH FLORIDA D/B/A INTERNATIONAL ROBOTIC PROSTATECTOMY INSTITUTE; said Defendant acted and acts directly in the interests of Defendant, SSR CONSULTANTS INC. D/B/A UROLOGY CENTER OF EXCELLENCE OF SOUTH FLORIDA D/B/A INTERNATIONAL ROBOTIC PROSTATECTOMY INSTITUTE, in relation to said co-Defendant's employees. Defendant effectively dominates SSR CONSULTANTS INC. D/B/A UROLOGY CENTER OF EXCELLENCE OF SOUTH FLORIDA D/B/A INTERNATIONAL ROBOTIC PROSTATECTOMY INSTITUTE administratively or otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, SANJAY RAZDAN was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

6.      In justifiable reliance upon Defendants' representations and promises, Plaintiff LIZA ROSALEZ accepted employment and began working for Defendants as an insurance authorization representative.

7.     During Plaintiff's employment, Defendants failed to pay Plaintiff the full and proper overtime wages for all hours worked over 40 each week.

8.      During Plaintiff's employment, Defendants failed to pay Plaintiff the full and proper minimum wages for all hours worked each week.

9.      The records, if any, concerning the date range of Plaintiff's employment, the number of hours Plaintiff actually worked, and the compensation actually paid to Plaintiff are in the possession and/or control of Defendants; however, Plaintiff has attached a statement of claim as Exhibit A to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

10.     Defendants have knowingly and willfully refused to pay Plaintiff her legally-entitled wages.

11.     Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

12.     Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")**
**ALL DEFENDANTS**

13.     Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-11 above as if set forth herein in full.

14.     Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

15.     Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

        Respectfully submitted,

        Koz Law, P.A.
        320 S.E. 9th Street
        Fort Lauderdale, Florida 33316
        Phone: (786) 924-9929
        Fax:    (786) 358-6071
        Email: ekoz@kozlawfirm.com

        */s/ Elliot A. Kozolchyk/*
        _____
        Elliot Kozolchyk, Esquire
        Bar No.: 74791